M. P. Nos. 75-72, 75-78. STATE OF RHODE ISLAND v. EDWARD F. CHOINIERE. LINDA LEMOINE et al. v. PAUL MARTINEAU et al. Petition of the Rhode Island Bar Association to file a brief as Amicus Curiae is granted. Said brief is to be filed on or before May 12, 1975. Further, this matter has been assigned for oral argument to May 20, 1975. Joseph M. Hall, for Rhode Island Bar Association, Amicus Curiae.